John H. Podesta (State Bar No. 154706)
John.podesta@wilsonelser.com
Linda B. Oliver (State Bar No. 166720)
Linda.oliver@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:    415.433.0990
Facsimile:    415.434.1370

Attorneys for Defendant
AMGUARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN CARLTON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMGUARD INSURANCE COMPANY, a foreign corporation; and<br>DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | **Case No. 2:22-cv-02030-WBS-DB**<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE SET IN STATUS (PRETRIAL SCHEDULING) ORDER** |

　　　Plaintiff Dan Carlton ("Plaintiff") and Defendant Amgard Insurance Company ("Defendant") by and through their respective counsel, hereby stipulate and request the Court to approve their agreement for an extension of the discovery, other pretrial deadlines and trial date as follows by approximately 60 days:

　　　1. On March 3, 2023, the Court issued a Status (Pretrial Schedulin Conference and trial [Dkt. 7].

　　　2.　Good cause exists for the parties' request because the parties would like to engage in both informal settlement discussions and a possible mediation to attempt to resolve this matter before engaging in further discovery. The parties have

completed disclosures, and plaintiff's counsel has noticed the depositions of multiple home office employees of the defendant.

    3. In light of the settlement discussions, the discovery to be completed and possible dispositive motions, the parties jointly request that the Court extend the deadlines and dates as proposed below:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Expert disclosures due | September 5, 2023 | November 6, 2023 |
| Rebuttal expert disclosures | September 27, 2023 | November 27, 2023 |
| Close of factual discovery | October 17, 2023 | December 18, 2023 |
| Last day to file motions | November 13, 2023 | February 13, 2024 |
| Final Pretrial Conference | January 29, 2024, 1:30 p.m. | **April 22, 2024, 1:30 p.m.** |
| Trial Date | March 26, 2024, 9 a.m. | **June 25, 2024, 9:00 a.m.** |

    4. Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

Dated: August 2, 2023    WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                                               /s/
                                    By:_____
                                       JOHN H. PODESTA
                                       LINDA B. OLIVER
                                       Attorneys for Defendant
                                       AMGUARD INSURANCE COMPANY

Dated:  August 2, 2023

                           MURPHY AUSTIN ADAMS SCHOENFELD LLP


                           By _____
                                ALEXANDER F. STUART
                              Attorneys for Plaintiff
                                  DAN CARLTON

## **ORDER**

After considering the stipulation, IT IS HEREBY ORDERED THAT:

1. For good cause shown, the stipulation is granted;

2. The discovery, motion, pretrial and trial dates are continued as follows:

    Expert disclosures due: November 16, 2023

    Rebuttal expert disclosures due: November 27, 2023

    Close of factual discovery: December 18, 2023

    Last day for filing motions: February 13, 2024

    Final Pretrial Conference: **April 22, 2024, 1:30 p.m.**

    Trial date: **June 25, 2024, 9:00 a.m.**

Dated:  August 3, 2023            _/s/ William B. Shubb_
                                       WILLIAM B. SHUBB
                                       UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE

285474818v.1