1  John H. Podesta (State Bar No. 154706)
   John.podesta@wilsonelser.com
2  Linda B. Oliver (State Bar No. 166720)
   Linda.oliver@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  655 Montgomery Street, Suite 900
   San Francisco, CA 94111
5  Telephone:    415.433.0990
   Facsimile:    415.434.1370
6
   Attorneys for Defendant
7  AMGUARD INSURANCE COMPANY

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11 | DAN CARLTON, an individual,           | **Case No. 2:22-cv-02030-WBS-DB** |
   |---------------------------------------|-----------------------------------|
12 | Plaintiff,                            | **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE SET IN STATUS (PRETRIAL SCHEDULING) ORDER** |
13 | v.                                    |                                   |
14 | AMGUARD INSURANCE COMPANY, a          |                                   |
   | foreign corporation; and              | **SECOND REQUEST FOR EXTENSION**  |
15 | DOES 1 to 100, inclusive,             |                                   |
16 | Defendants.                           |                                   |

17

18        Plaintiff Dan Carlton ("Plaintiff") and Defendant Amgard
19 Insurance Company ("Defendant") by and through their respective
20 counsel, hereby stipulate and request the Court to approve their
21 agreement for an extension of the discovery, other pretrial
22 deadlines and trial date as follows by approximately 60 days:
23        1. On August 3, 2023, the Court issued an order extending Pretrial
24        2.   Since the order, the parties have exchanged written
25 discovery and informal exchanges of information.  The case was
26 mediated on October 2, 2023, unsuccessfully.  The defendant's
27 lead counsel, however, has become unavailable due to
28 confidential health related concerns, which has required a

1
AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL
DATE [Second Request]

288710506v.1

change in lead counsel.  If requested, new lead counsel is prepared to advise the court of more details concerning the condition, but cannot put it in a public filing.

3.   Counsel have met and conferred privately concerning remaining discovery following the mediation and schedules of the witnesses and counsel prevent taking the relevant parties' depositions prior to the November 16th expert witness disclosure date.

2.   Good cause therefore exists for the parties' request because the parties would like to complete the percipient depositions engage in both informal settlement discussions and a possible mediation to attempt to resolve this matter before engaging in further discovery. The parties have completed disclosures, and plaintiff's counsel has noticed the depositions of multiple home office employees of the defendant.

3.   In light of the settlement discussions, the discovery to be completed and possible dispositive motions, the parties jointly request that the Court extend the deadlines and dates as proposed below:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Expert disclosures due | November 16, 2023 | February 1, 2024 |
| Rebuttal expert disclosures | November 27, 2023 | February 15, 2024 |
| Close of factual discovery | December 18, 2023 | March 18, 2024 |
| Last day to file motions | February 13, 2024 | May 13, 2024 |
| Final Pretrial Conference | April 22, 2024, 1:30 p.m. | |
| Trial Date | June 24, 2024, 9 a.m. | |

4. As the dates for Trial will impact the court, the parties request a new date for the pretrial conference in July and the Trial Date in September of 2024.

5. Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

Dated:  October 27, 2023              WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP

                                      By: _____
                                          JOHN H. PODESTA

                                      Attorneys for Defendant
                                      AMGUARD INSURANCE COMPANY

Dated:  October 27, 2023

                                      MURPHY AUSTIN ADAMS SCHOENFELD LLP


                            By _____
                                       ALEXANDER F. STUART
                                       Attorneys for Plaintiff
                                           DAN CARLTON


**ORDER**

After considering the stipulation, IT IS HEREBY ORDERED THAT:

1. For good cause shown, the stipulation is granted;

2. The discovery, motion, pretrial and trial dates are continued as follows:

   Expert disclosures due: February 1, 2024

   Rebuttal expert disclosures due: February 15, 2024

3

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE [Second Request]

288710506v.1

1     Close of factual discovery: March 18, 2024

2     Last day for filing motions: May 13, 2024

3     Final Pretrial Conference: July 29, 2024, 1:30 p.m.

4     Trial date: September 24, 2024, 9:00 a.m.

5 Dated: October 30, 2023

6     WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE