John H. Podesta (State Bar No. 154706)
John.podesta@wilsonelser.com
Linda B. Oliver (State Bar No. 166720)
Linda.oliver@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
655 Montgomery Street, Suite 900
San Francisco, CA 94111
Telephone:     415.433.0990
Facsimile:     415.434.1370

Attorneys for Defendant
AMGUARD INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN CARLTON, an individual, | **Case No. 2:22-cv-02030-WBS-DB** |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE SET IN STATUS (PRETRIAL SCHEDULING) ORDER** |
| v. | |
| AMGUARD INSURANCE COMPANY, a foreign corporation; and DOES 1 to 100, inclusive, | **THIRD REQUEST FOR EXTENSION** |
| Defendants. | |

Plaintiff Dan Carlton ("Plaintiff") and Defendant Amguard Insurance Company ("Defendant") by and through their respective counsel, hereby stipulate and request the Court to approve their agreement for an extension of the discovery, other pretrial deadlines and trial date as follows by approximately 60 days:

 1.   On August 3, 2023, the Court issued an order extending Pretrial Scheduling Dates.  (Dkt 10)

 2.   On October 30, 2023, the Court issued a second order extending Pretrial Scheduling Dates.  (Dkt 12)

 3.   Since the second order, the parties have continued to exchange written discovery, and on December 12, 2023 and

1

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL
DATE [Third Request]

291386563v.1
291386563v.1

1  December 13, 2023, Plaintiff took depositions of two Defendant
2  employees and one Defendant former employee in Wilkes Barre,
3  Pennsylvania.  During those depositions, counsel for the parties
4  discovered that additional documents in Defendants' possession
5  may be relevant to the case and the witnesses' testimony,
6  necessitating that Plaintiff resume the depositions at a later
7  date after the documents are produced.  Counsel for the parties
8  also learned that some of the documents may contain information
9  identifying other Defendant employees and former employees that
10 appear likely to have knowledge of Defendant's claims handling
11 activities that were not disclosed in Defendant's initial
12 disclosures, and Plaintiff may need to depose these additional
13 witnesses to properly prepare the case for trial.
14      4.   The parties mediated this matter unsuccessfully on
15 October 2, 2023.  A major impediment to settlement was the
16 parties' differing views regarding Defendant's obligation to
17 provide coverage under its homeowner's policy for Plaintiff's
18 personal property loss.  In light of the expense necessary to
19 resume the depositions commenced in Pennsylvania, the parties
20 believe it would be cost-effective for Defendant to move for
21 summary judgment and/or summary adjudication of the breach of
22 contract cause of action before discovery of the bad faith
23 claims handling issues is completed.  If Defendant prevails,
24 there will be no need to resume the depositions; if Defendant
25 does not prevail, the parties believe the matter will be ripe
26 for a return to mediation.
27      4.   Good cause therefore exists for the parties' request
28 because it makes practical sense to test the coverage issue and

engage in further mediation before incurring the additional expense of resumed depositions in Pennsylvania.  The parties thus jointly request that the Court extend the current deadlines for completing factual discovery and disclosing experts 12 months to allow the Court sufficient time to rule on Defendant's dispositive motion, which Defendant proposes to file on or before March 1, 2024, and that the Court schedule new pretrial conference and trial dates to reasonably follow a new close of factual discovery:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Expert disclosures due | February 1, 2024 | January 31, 2025 |
| Rebuttal expert disclosures | February 15, 2024 | February 14, 2025 |
| Close of factual discovery | March 18, 2024 | March 17, 2025 |
| Last day to file motions | May 13, 2024 | March 1, 2024 |
| Final Pretrial Conference | July 29, 2024, 1:30 p.m. | April 21, 2025, 1:30 p.m. |
| Trial Date | Sept 24, 2024, 9 a.m. | June 23, 2025, 9 a.m. |

    5.   As the dates for Trial will impact the court, the parties request a new date for the pretrial conference in April 2025 and the Trial Date in June 2025.

    6.   Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

3
AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE [Third Request]

291386563v.1
291386563v.1

```
Dated:  January 3, 2024         WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN & DICKER LLP


                                By: _____
                                     JOHN H. PODESTA

                                Attorneys for Defendant
                                AMGUARD INSURANCE COMPANY

Dated:  January 3, 2024

                                MURPHY AUSTIN ADAMS SCHOENFELD LLP


                                By      /s/ Alexander F. Stuart
                                     _____
                                     ALEXANDER F. STUART
                                     Attorneys for Plaintiff
                                          DAN CARLTON
```

**ORDER**

After considering the stipulation, IT IS HEREBY ORDERED THAT:

1. For good cause shown, the stipulation is granted;

2. The discovery, motion, pretrial and trial dates are continued as follows:

   Expert disclosures due: January 31, 2025

   Rebuttal expert disclosures due: February 14, 2025

   Close of factual discovery: March 17, 2025

   Last day for filing motions: March 1, 2024

   Final Pretrial Conference: **April 21, 2025, 1:30 p.m.**

   Trial date: **June 24, 2025,  9:00 a.m.**

Dated: January 4, 2024        _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE