ALEXANDER F. STUART, SBN 96141
ELLYN E. NESBIT, SBN 136398
MURPHY AUSTIN ADAMS SCHOENFELD LLP
50 West San Fernando Street, Suite 400
San Jose, CA  95113
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:   astuart@murphyaustin.com
Email:   enesbit@murphyaustin.com

Attorneys for Plaintiff
DAN CARLTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| DAN CARLTON, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSRUANCE COMPANY, a foreign corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. **2:22-cv-02030-WBS-DB**<br><br>STIIPULATION AND ORDER RE  BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT<br><br>HEARING DATE: May 28, 2024<br>HEARING TIME:  1:30 p.m.<br>COURTROOM:     5 - 14th floor |
|---|---|

Plaintiff Dan Carlton ("Plaintiff") and Defendant Amguard Insurance Company ("Defendant") by and through their respective counsel, hereby stipulate and request the Court to approve their agreement for an extension of time for the opposition and reply to defendant's motion for Summary Judgment filed on March 1, 2024.

Pursuant to Stipulation between the parties, on January 4, 2024, this Honorable Court issued a Scheduling Order setting forth March 1, 2024, as the last day for the filing of motions in this matter, and on March 1, 2024, Defendant filed and served its motion.  Pursuant to the Local Rule 230 (Fed. R. Civ. P. 78) the deadline for filing an opposition to the Motion for Summary Judgment would be March 15, 2024, and the reply would be due on March 25, 2024.

For reasons including the complexity of the issues, the illness of plaintiff's counsel, defendant's difficulty locating and producing documents in connection with depositions taken in December which defendant has promised to produce this week, and the press of other time-sensitive matters, the parties desire and stipulate to mutual extension of the deadlines to file the opposition to the motion for summary judgment and defendant's reply.

The parties respectfully request that the Court approve their stipulation and extend the deadline for the filing of the Opposition to the Motion for Summary judgment by three weeks to and including **April 5, 2024;** and extend the time for the filing of a Reply to the Opposition by three weeks, to and including **May 6, 2024.**

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed below.

Dated: March 5, 2024

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: *[signature]*
ALEXANDER F. STUART
Attorneys for Plaintiff
DAN CARLTON

Dated: March, 2024

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By:/s/ *John H. Podesta*
JOHN H. PODESTA
Attorneys for Defendant
AMGUARD INSURANCE COMPANY

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;

2. The briefing scheduling on the Motion for Summary Judgment which was filed on March 1, 2024, is as follows:

> Plaintiff's Opposition to Motion for Summary Judgment is due **April 5, 2024;**
>
> Defendant's Reply to the Opposition to Motion for summary Judgment is due **May 6, 2024.**

Dated: March 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE