1  John H. Podesta (State Bar No. 154706)
   John.podesta@wilsonelser.com
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  655 Montgomery Street, Suite 900
   San Francisco, CA 94111
4  Telephone:    415.433.0990
   Facsimile:    415.434.1370
5
   Attorneys for Defendant
6  AMGUARD INSURANCE COMPANY

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10 DAN CARLTON, an individual,          **Case No. 2:22-cv-02030-WBS-DB**

11                        Plaintiff,    **AMENDED STIPULATION AND ORDER TO**
                                        **EXTEND DISCOVERY, PRETRIAL DATES**
12      v.                              **AND TRIAL DATE SET IN STATUS**
                                        **(PRETRIAL SCHEDULING) ORDER**
13 AMGUARD INSURANCE COMPANY, a
   foreign corporation; and            **FOURTH REQUEST FOR EXTENSION**
14 DOES 1 to 100, inclusive,           **(CORRECTED SIGNATURES)**

15                        Defendants.

16

17

18      Plaintiff Dan Carlton ("Plaintiff") and Defendant Amguard

19 Insurance Company ("Defendant") by and through their respective

20 counsel, hereby stipulate and request the Court to approve their

21 agreement for an extension of the discovery, other pretrial

22 deadlines and trial date as follows:

23      1.   On August 3, 2023, the Court issued an order extending

24 Pretrial Scheduling Dates.  (Dkt 10)

25      2.   On October 30, 2023, the Court issued a second order

26 extending Pretrial Scheduling Dates.  (Dkt 12)

27      3.   On January 5, 2024, the Court issued a third order

28 extending Pretrial Scheduling Dates.   (Dkt 14)

                                      1
─────────────────────────────────────────────────────────────────
AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL
                      DATE [Fourth Request]

285474818v.1

4.   Since the third order, the parties have continued to exchange written discovery, and have met and conferred regarding the production of other claim file documents under *Colonial Life & Accident Ins. Co. v. Superior Court* (1982) 31 Cal.3d 785.

5.   Also since the third order, on March 1, 2024, Defendant filed a motion for summary judgment that was heard on May 28, 2024 and denied by the Court on May 30, 2024.   (Dkt 22)

6.   Also since the third order, the parties have discussed a return to mediation in light of the Court's order denying the Defendant's motion for summary judgment.  The parties have agreed that fact discovery should be completed before they can effectively return to mediation.  This includes completion of the depositions of Defendants' employees begun in December 2023. The parties have agreed that Plaintiff can resume those depositions following the production of all of Defendants' relevant documents.

7.   One of the Defendant's employees has a medical condition that renders her unavailable for deposition until late April or early May 2025.  The parties believe that justice will best be served by completing that deposition before initial expert reports are due, and thus seek to continue the current deadlines, pretrial conference date and trial date.

8.   Good cause therefore exists for the parties' request because it makes practical sense to complete fact discovery regarding the Defendant's handling of the claim before returning to mediation.  The parties thus jointly request that the Court extend the current deadlines by 2 months for completing factual discovery, by 4 months for disclosing experts, and by 5 months

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE [Fourth Request]

for the commencement of trial:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Expert disclosures due | January 31, 2025 | May 30, 2025 |
| Rebuttal expert disclosures | February 14, 2025 | June 13, 2025 |
| Close of factual discovery | March 17, 2025 | May 16, 2025 |
| Last day to file motions | March 1, 2024 | March 1, 2024 |
| Final Pretrial Conference | April 21, 2025, 1:30 p.m. | August 25, 2025, 1:30 p.m. |
| Trial Date | June 24, 2025, 9 a.m. | November 12, 2025,   9 a.m. |

9.   Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

The undersigned filer attest the concurrence in the filing of this document from all signatories and authority to the filing with electronic signatures have been obtained.

Dated:  December 30, 2024       WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

                                    /s/ John H. Podesta
                            By: _____
                                JOHN H. PODESTA
                                Attorneys for Defendant
                                AMGUARD INSURANCE COMPANY

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL
DATE [Fourth Request]

285474818v.1

Dated:   December 30, 2024

MURPHY AUSTIN ADAMS SCHOENFELD LLP


/a/ Alex F. Stuart

By _____
ALEXANDER F. STUART
Attorneys for Plaintiff
DAN CARLTON


### ORDER

    After considering the stipulation, IT IS HEREBY ORDERED THAT:

    1. For good cause shown, the stipulation is granted;

    2. The discovery, motion, pretrial and trial dates are continued as follows:

        Expert disclosures due: May 30, 2025

        Rebuttal expert disclosures due: June 13, 2025

        Close of factual discovery: May 16, 2025

        Last day for filing motions: March 1, 2025

        Final Pretrial Conference: August 25, 2025 at 1:30 p.m.

        Trial date: November 12, 2025 at 9:00 a.m.

Dated:   January 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY, PRETRIAL DATES AND TRIAL DATE [Fourth Request]

285474818v.1