1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAN CARLTON,                          No.  2:22-cv-02030 WBS SCR

12              Plaintiff,

13        v.                               ORDER

14   AMGUARD INSURANCE COMPANY,

15              Defendant.

16

17        Magistrate Judge Sean C. Riordan will hold a settlement conference in this case on

18   September 22, 2025 at 12:00 p.m.  The settlement conference will be held via Zoom unless the

19   parties request that the conference be conducted in person; login details will be provided prior to

20   the date of the conference.  The court expects that the parties will proceed with the settlement

21   conference in good faith and attempt to resolve all or part of the case.  If any party believes that

22   the settlement conference will not be productive, that party shall so inform the court as far in

23   advance of the settlement conference as possible.  Unless otherwise specifically authorized by the

24   court in advance of the settlement conference, the following individuals must participate in the

25   settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and

26   (3) individuals with full authority to negotiate and settle the case, on any terms.

27        No later than September 15, 2025, each party must submit to Judge Riordan's chambers at

28   scrorders@caed.uscourts.gov a confidential settlement conference statement.  These statements

1

1   should not be filed on the docket; however, each party shall e-file a one-page document entitled

2   Notice of Submission of Confidential Settlement Conference Statement.  The statements should

3   be marked "CONFIDENTIAL" and should state the date and time of the conference.

4          While brevity is appreciated, each statement must include:

5          (1) a brief recitation of the facts;

6          (2) a discussion of the strengths and weaknesses of the case, from your party's

7   perspective;

8          (3) an itemized estimate of your party's expected costs for further discovery, pretrial, and

9   trial matters, in specific dollar terms;

10         (4) your best estimate of the probability that plaintiff will obtain a finding of liability

11  should this case proceed to trial, in percentage terms;

12         (5) should this case proceed to trial and defendant be found liable, please provide the

13  following, in specific dollar terms:

14             (a) a realistic high-end recovery estimate (i.e., realistic best- or worst-case

15             scenario)

16             (b) a realistic low-end recovery estimate (i.e., realistic worst- or best-case

17         scenario), and

18             (c) a best estimate of the most likely outcome;

19     (6) a history of settlement discussions, including:

20             (a) a statement of your expectations for settlement discussions;

21             (b) a listing of any past and present settlement offers from any party (including all

22             terms);

23             (c) whether your party would consider making the opening offer or demand, and

24             what that offer might be;

25         (7) a list of the individuals who will be participating in the settlement conference on your

26  party's behalf, including each participant's name and, if appropriate, title;

27         (8) identification of any related cases or of any other cases that the parties might wish to

28  discuss at this settlement conference; and

1    (9) a completed worksheet (blank version attached) highlighting your responses to certain

2    of the above questions.

3    Judge Riordan will hold a short, pre-settlement conference via Zoom on September 18,

4    2025 at 12:30 p.m.  Only the lead attorney from each side[1] should participate.  At Judge

5    Riordan's discretion, the joint discussion may be followed by private discussions between the

6    judge and each party.  Zoom login information will be provided in advance of September 18,

7    2025.

8    In accordance with the above, it is hereby ORDERED that:

9    1.  A pre-settlement conference is set before Magistrate Judge Riordan on September 18,

10    2025 at 12:30 p.m.

11    2.  A settlement conference is set before Magistrate Judge Riordan on September 22,

12    2025, at 12:30 p.m.

13    3.  No later than September 15, 2025, each party must submit a confidential settlement

14    conference statement, as described above, to Magistrate Judge Riordan.

15    DATED: August 29, 2025

16

17

18    SEAN C. RIORDAN
      UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

---

[1]  The court expects that the attorneys participating in the pre-settlement conference discussion will also participate in the settlement conference.

# Pre-Settlement Worksheet

| | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |

1