ALEXANDER F. STUART – SBN 96141
**STUART LAW GROUP, INC.**
1901 South Bascom Avenue, Suite 1440
Campbell, CA 95008
Telephone: 408-289-1972
Email:     alex@stuartlawgroup.net

Attorneys for Plaintiff,
DAN CARLTON

HEATHER M. McKEON – SBN 186414
**THARPE & HOWELL, LLP**
15250 Ventura Blvd, Ninth Floor
Sherman Oaks, CA 91403
Telephone: 818-205-9955
Email:     hmckeon@thrape-howell.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAN CARLTON, an individual,<br>          Plaintiff,<br>v.<br>AMGUARD INSURANCE COMPANY, a foreign corporation, and DOES 1 to 100, inclusive,<br>          Defendants. | Case No. 2:22-CV-02030-WBS-DB<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING DISPOSITIONAL DOCUMENTS AND ORDER** |

   Plaintiff DAN CARLTON ("Plaintiff") and Defendant AmGuard Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the deadline for the filing of dispositional documents by two weeks, from October 22, 2025 to November 6, 2025, based on the following circumstances:

   1. On September 22, 2025, the parties appeared for a settlement conference before Magistrate Judge Sean C. Riordan and entered into a confidential settlement subject to execution of a written settlement agreement.

   2. The written settlement agreement was signed on October 1, 2025.

3.  Under the terms of the written settlement agreement, consideration for the agreement must be delivered on or before October 31, 2025.

4.  The parties request an additional 14 days for the filing of their dispositional papers, so the filing may take place after the delivery of the consideration.

Dated: October 15, 2025            STUART LAW GROUP


By: */s/ Alexander F. Stuart*
    ALEXANDER F. STUART
    Attorneys for Plaintiff
    DAN CARLTON

Dated: October 15, 2025            THARPE & HOWELL, LLP


By: */s/ Heather M. McKeon*
    HEATHER M. McKEON
    Attorneys for Defendant
    AMGUARD INSURANCE COMPANY

### **ORDER**

Based on the parties' Stipulation, the Court extends the deadline for the filing of dispositional papers to November 6, 2025.

IT IS SO ORDERED.

Dated:  October 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -