ALEXANDER F. STUART – SBN 96141
**STUART LAW GROUP, INC.**
1901 South Bascom Avenue, Suite 1440
Campbell, CA 95008
Telephone: 408-289-1972
Email:     alex@stuartlawgroup.net

Attorneys for Plaintiff,
DAN CARLTON

HEATHER M. McKEON – SBN 186414
**THARPE & HOWELL, LLP**
15250 Ventura Blvd, Ninth Floor
Sherman Oaks, CA 91403
Telephone: 818-205-9955
Email:     hmckeon@thrape-howell.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAN CARLTON, an individual,<br>　　　　　Plaintiff,<br>v.<br>AMGUARD INSURANCE COMPANY, a foreign corporation, and DOES 1 to 100, inclusive,<br>　　　　　Defendants. | Case No. 2:22-CV-02030-WBS-DB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff DAN CARLTON ("Plaintiff") and Defendant AmGuard Insurance Company ("Defendant"), by and through their undersigned counsel, STIPULATE AS FOLLOWS:

1. Plaintiff and Defendant agree to the Dismissal of Plaintiff's Complaint with prejudice, each party to bear their own costs, expenses and fees.

| | | |
|---|---|---|
| 1 | Dated: October 30, 2025 | STUART LAW GROUP |

By: */s/ Alexander F. Stuart*
ALEXANDER F. STUART
Attorneys for Plaintiff
DAN CARLTON

Dated: October 30, 2025     THARPE & HOWELL, LLP

By: */s/ Heather M. McKeon* (authorized by counsel)
HEATHER M. McKEON
Attorneys for Defendant
AMGUARD INSURANCE COMPANY

## ORDER

Based on the parties' Stipulation, the Clerk of the Court is directed to dismiss this matter with prejudice, each party to bear their own costs, expenses and fees.

IT IS SO ORDERED.

Dated: October 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE